UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL O. WILLIAMS,

                Plaintiff,

-against-

SETTLE HOMES; EUGENE; MARCOS,

                Defendants.

24cv2402 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                               Chief United States District Judge